IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PAUL HARGRAVE                                                               PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 5:08cv108DCB-JMR

LIFE INS. CO. of GA, ET. AL.                                                DEFENDANTS

FINAL JUDGMENT

This matter is before the Court and pursuant to the memorandum opinion issued this day, IT IS, hereby, ORDERED AND ADJUDGED, this matter be, and is hereby, dismissed without prejudice.

This the 29th day of September, 2008

        s/John M. Roper Sr.
        UNITED STATES MAGISTRATE JUDGE